[No. 7708.   Department Two.   November 15, 1909.]

OLYMPIA LIGHT & POWER COMPANY, *Respondent*, v. TUMWATER POWER
& WATER COMPANY, *Appellant*, LEOPOLD F. SCHMIDT *et al.,*
*Defendants.*[1]

Appeal from a judgment of the superior court for Thurston
county, Linn, J., entered May 4, 1908.   Dismissed.

*G. C. Israel, Martin L. Pipes, George H. Funk*, and *Frank C.
Owings*, for appellant.

*T. N. Allen* and *Troy & Falknor*, for respondent.

PER CURIAM.—By virtue of a stipulation of the parties on file
herein, to the effect that this cause shall abide the disposal of cause
No. 7707, in which an opinion was filed herein on the 28th day of
October, ,1909, *Olympia Light & Power Co. v. Tumwater Power &
Water Co., ante* p. 392, 104 Pac. 778, it is hereby ordered that the
appeal herein be dismissed.

---

[No. 8177.   Department One.   November 16, 1909.]

FRANK N. McCANDLESS, *Appellant*, v. FRED T. PETERSON *et al.,*
*Respondents.*[1]

Appeal from a judgment of the superior court for King county,
Morris, J., entered February 20, 1909, upon findings in favor of the
defendants, after a trial before the court without a jury.   Reversed.

*Blattner & Heasty* and *L. B. da Ponte*, for appellant.

*Larrabee & Wright*, for respondent Peterson.

*Fred L. Rice* and *Cross & Rice*, for respondents Fraser *et al.*

PER CURIAM.—This action was brought to recover certain prop-
erty sold on tax foreclosure sale.   The facts bring it within the recent
cases of *Gould v. Knox*, 53 Wash. 248, 101 Pac. 886; *Gould v. White,*
54 Wash. 394, 103 Pac. 460; *Gould v. Stanton*, 54 Wash. 363, 103
Pac. 459.

The case is therefore reversed, with instructions to the lower
court to ascertain the value of the permanent improvements put upon
the property by the respondents, and also all amounts paid out in
taxes, special taxes, and local assessments, under the provisions of
chapter 137, Laws 1903, and to enter judgment accordingly.

[1]Reported in 104 Pac. 1135.